UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONTENDER FARMS,   L.L.P., | § | |
| LEE MCGARTLAND, MIKE | § | |
| MCGARTLAND and SHOW, INC. | § | |
| | § | |
| Plaintiffs | § | Case No. _____ |
| vs. | § | |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF AGRICULTURE | § | |
| | § | |
| Defendant | § | |

# Plaintiffs' Appendix of Exhibits Supporting
# (1) Complaint for Declaratory and Injunctive Relief,
# (2) Application for a Preliminary Injunction and
# (3) the Brief in Support.

## TABLE OF SUBMITTED APPENDIX

| TAB NUMBER | DESCRIPTION | BEGINNING PAGE |
|---|---|---|
| 1. | Protocol for Foreign Substance Penalty | 1 |
| 2. | IES Investigative and Enforcement Process | 2 |
| 3. | USDA Factsheet "Enforcement Process Streamlining" | 3 |
| 4. | USDA Tech Note | 5 |
| 5. | USDA|APHIS Enforcement Actions 2010-2015 | 6 |
| 6 | USDA's website, "Horse Protection Act" | 59x |
| 7. | "USDA-APHIS-Animal Care Horse Protection Enforcement Actions" searchable website printed 6/21/15 | 59 |

| TAB NUMBER | DESCRIPTION | BEGINNING PAGE |
|---|---|---|
| 8. | Official Warning Letters on Form 7060 | 138 |
| 9. | "USDA APHIS | Enforcement Actions" 2010 – 2015 | 148 |
| 10. | Email to USDA attorney, 6/8/15 | 215 |
| 11. | McGartlands' Letter to IES, 6/12/15 | 224 |
| 12. | IES Letter to McGartlands. 8/26/15 | 228 |
| 13. | "USDA-APHIS-Animal Care Horse Protection Enforcement Actions: 2009-2013" list printed October 6, 2015 | 229 |
| 14. | No Webpage Found documents | 273 |
| 15. | FOSH Public Database and Emails | 283 |
| 16. | SHOW's March 2008 Response to Foreign Substance Protocol | 293 |
| 17. | USDA's Response to HIOs | 295 |
| 18. | SHOW's Reply to USDA | 303 |
| 19. | "USDA-APHIS Animal Care Horse Protection Enforcement Actions 2009-2013" list for "Foreign Substance" violations | 309 |
| 20. | USDA Annual Reports on Foreign Substance tests, 2008-2014 | 326 |
| 21. | May 2013, Humane Society of the United States press release | 388 |
| 22. | January 2014, Humane Society of the United States press release | 390 |
| 23. | January 2014 report of the Performance Show Horse Association addressing "Foreign Substance Issues" | 392 |
| 24. | Searchable "USDA-APHIS-Animal Care Horse Protection Enforcement Actions 2009-2013" list for scar rule violations | 403 |
| 25. | USDA/APHIS–1, describing the USDA's record system | 415 |
| 26. | Investigative and Enforcement Records Regarding Regulatory Activities, USDA/APHIS | 418 |

| TAB NUMBER | DESCRIPTION | BEGINNING PAGE |
|---|---|---|
| 27. | The USDA's Instructions about obtaining information | 428 |
| 28. | The USDA Docket No. 14-0056: decertification proceedings against SHOW | 431 |
| 29. | "Horse Protection Act and its Administration" summary of the Agency's administration of the Act | 446 |
| 30. | Cover page June 12, 2015, report: "Responsible Parties for the Horses Found in Violation" | 448 |
| 31. | USDA Horse Protection Program Fine Reports, June 21, 2015 | 450 |
| 32. | USDA Horse Protection Program Active Suspension Report, June 21, 2015 | 460 |
| 33. | 2010 "USDA HORSE PROTECTION PROGRAM Responsible Parties for Horses Found in Violation" report, June 21, 2015 | 465 |
| 34. | 2011 "USDA HORSE PROTECTION PROGRAM Responsible Parties for Horses Found in Violation" report, June 21, 2015 | 695 |
| 35. | 2012 "USDA HORSE PROTECTION PROGRAM Responsible Parties for Horses Found in Violation" report, June 12, 2015 | 870 |
| 36. | 2013 "USDA HORSE PROTECTION PROGRAM Responsible Parties for Horses Found in Violation" report, June 21, 2015 | 1056 |
| 37. | 2014 "USDA HORSE PROTECTION PROGRAM Responsible Parties for Horses Found in Violation" report, June 21, 2015 | 1182 |
| 38. | USDA (IES) demand for SHOW's records 8/24/15 | 1261 |
| 39. | SHOW's response to IES demand | 1262 |
| 40. | David Broiles' Declaration | 1267 |
| 41. | Mike Inman's Declaration | 1275 |
| 42. | Lee McGartland's Declaration | 1303 |

Respectfully submitted by:

_s/   *Karin Cagle*_____
Karin Cagle
Texas State Bar No. 24043588
1619 Pennsylvania Avenue
Fort Worth, Texas 76104
E-mail:  kcaglelaw@gmail.com
Tel.:  817.721.5127

David Broiles
Texas State Bar No. 03054500
2400 Indian Cove
Fort Worth, Texas 76108
Email: davidbroiles@gmail.com
Tel. 817.246.7801


### Certificate of Service

The undersigned certifies that the Plaintiffs' (1) Complaint for Declaratory and Injunctive Relief, (2) Application for a Preliminary Injunction, and (3) Brief in Support and the Appendix Supporting Plaintiffs' (1) Complaint for Declaratory and Injunctive Relief, (2) Application for a Preliminary Injunction and (3) Brief in Support will be served  (1) on the person designated to receive the document in the office of the United States Attorney for the Northern District of Texas by hand delivery at 801 Cherry St., Fort Worth, Texas, and (2) on  the United States Department of Agriculture, 1400 Independence Avenue, S.W., Washington, D.C. 20250 by certified mail and (3) on the Attorney General, United States Department of Justice, 950 Pennsylvania Ave., Washington, D.C. 20530-0001 by certified mail as provided in Federal Rule of Civil Procedure 4(i). Service will be made on the same day the document is filed with the Clerk of the United States District Court, Northern District of Texas, Fort Worth Division.

____ s/*Karin Cagle*_____
Karin Cagle