**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CONTENDER FARMS, L.L.P.; LEE McGARTLAND, MIKE McGARTLAND, and SHOW, INC. )))) | |
| Plaintiffs, )) | Action No. 4:16-cv-0163-Y Hon. Terry R. Means |
| v. )) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ))) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO SEVER THE CLAIMS OF PLAINTIFF SHOW
### (Fed. R. Civ. P. 20 and 21)

Pursuant to Fed. R. Civ. P. 20 and 21, defendant the United States Department of Agriculture (USDA) moves that the Court sever the claims of plaintiff SHOW, Inc. from this lawsuit due to misjoinder.  USDA submits herewith a supporting memorandum.

WHEREFORE, USDA requests that the Court sever the claims of SHOW against USDA from this action pursuant to Fed. R. Civ. P. 20 and 21; that the other plaintiffs, Mike and Lee McGartland and Contender Farms, L.L.P., be required to file a further amended complaint that is limited to their allegations and claims; and that USDA be allowed thirty days to answer, move under Rule 12, or otherwise response to such amended pleading.

DATED:  April 18, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

SARAH R. SALDAÑA
United States Attorney

ERIC WOMACK
Assistant Director

 /s/ Peter T. Wechsler
PETER T. WECHSLER (MA Bar)
Senior Counsel
NATAHN M. SWINTON (NY Bar)
Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
    Counsel for Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed the foregoing Motion

with the Clerk of the Court using the ECF system which sent notification of such filing to

plaintiffs' counsel, Karin Cagle, at kcaglelaw@gmail.com, and David Broiles, at

davidbroiles@gmail.com.

 /s/ Peter T. Wechsler
PETER T. WECHSLER
United States Department of Justice
Civil Division, Federal Programs Branch
Email: peter.wechsler@usdoj.gov