**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| CONTENDER FARMS, L.L.P., et al., ) <br> ) <br> Plaintiffs, ) <br> ) Action No. 4:16-cv-0163-O <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, ) <br> ) <br> Defendant. ) <br> ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

On August 18, 2016, the Court entered a Scheduling Order setting forth several cutoff dates governing the parties' activities in this case, including a deadline of February 8, 2017 to conduct mediation. ECF Doc. No. 43. In this lawsuit for judicial review of administrative agency action, neither party originally requested mediation. See Joint Response to Order Requiring Scheduling Conference (ECF No. 43) at 6, 10. However, the parties now believe that a negotiated resolution of this matter warrants further discussion. Accordingly, the parties jointly request that the Court modify the Scheduling Order, extending this deadline to February 28, 2017, and allowing the parties to conduct such discussions directly, without any mediator, in order to conserve judicial and party resources.

|  | Respectfully Submitted: |
|---|---|
| David Broiles | /s/Karin Cagle (with permission) |
| 2400 Indian Cove | 1619 Pennsylvania Ave. |
| Fort Worth, Texas 76108 | Fort Worth, Texas 76104 |
| Phone: 817-247801 | Phone: 817-721-5127 |
| Email: davidbroiles@gmail.com | Email: kcaglelawyer@gmail.com |
| Texas State Bar No. 03054500 | Texas State Bar No. 24043588 |
|   Counsel for Plaintiffs |   Counsel for Plaintiffs |

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. PARKER
United States Attorney

ERIC WOMACK
Assistant Branch Director

 */s/ Peter T. Wechsler*
Peter T. Wechsler (MA Bar)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
   Counsel for Defendant

## CERTIFICATE OF SERVICE

   I certify that I served plaintiffs' counsel the foregoing document via ECF filing to Karin Cagle and David Broiles at their email addresses listed above.

   /s/ Peter T. Wechsler
   Peter T. Wechsler