# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

|  |  |
|---|---|
| CONTENDER FARMS, L.L.P., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Action No. 4:16-cv-0163-O ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) |
| Defendant. | ) ) ) ) |

## PROPOSED ORDER

In response to the parties' joint request, the Court hereby ORDERS:

The mediation deadline is extended from February 8 to February 28, 2017, and the parties are allowed to conduct discussions directly, without any mediator.