IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONTENDER FARMS, L.L.P., et al.,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>      Defendant. | CASE NO. 4:16-cv-0163-O<br><br>Judge Reed C. O'Connor<br><br>**MOTION TO INTERVENE** |

**INTERVENOR-DEFENDANT THE HUMANE SOCIETY OF THE UNITED STATES'
MOTION TO INTERVENE**

Pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Civil Rules of the Northern District of Texas, The Humane Society of the United States ("HSUS") hereby moves this Court for leave to intervene as Intervenor-Defendant. HSUS submits herewith a supporting memorandum.

DATED: February 10, 2017          Respectfully submitted,

                                              By: s/ Drew C. Ensign
                                              Drew C. Ensign (D.C. Bar No. 976571)
                                              Claudia M. O'Brien (D.C. Bar No. 447354)*
                                              Laura Glickman (D.C. Bar No. 988144)*
                                              Bridget R. Reineking (D.C. Bar No. 1015632)*
                                              LATHAM & WATKINS LLP
                                              555 Eleventh Street, N.W., Suite 1000
                                              Washington, D.C. 20004-1304
                                              Telephone:  +1.202.637.2200
                                              Facsimile:  +1.202.637.2201
                                              Email: drew.ensign@lw.com
                                              Email: claudia.o'brien@lw.com
                                              Email: laura.glickman@lw.com
                                              Email: bridget.reineking@lw.com

Hallie Templeton (D.C. Bar No. 1001756)*
Kimberly Ockene (D.C. Bar No. 461191)*
The Humane Society of the United States
1255 23rd Street NW
Washington, DC  20037
Telephone: (202) 676-2336
Facsimile: (202)778-6134
Email:  htempleton@humanesociety.org
Email: kockene@humanesociety.org


Martha Hardwick Hofmeister
State Bar No. 08981500
Frances A. Smith
State Bar No. 24033084
SHACKELFORD, BOWEN, McKINLEY, & NORTON, LLP
9201 N. Central Expressway, Fourth Floor
Dallas, TX 75231
T: 214.780.1400 | F: 214.780.1401
Email: mhofmeister@shackelfordlaw.net
Email: fsmith@shackelfordlaw.net


*Motions for *Pro Hac Vice* admission forthcoming


*Attorneys for Intervenor-Defendant The Humane Society of the United States*

**CERTIFICATE OF CONFERENCE**

Pursuant to Northern District of Texas Local Civil Rule 7.1, on February 9, 2017 counsel Hallie Templeton for Proposed Intervenor-Defendant The Humane Society of the United States conferred with counsel for Plaintiffs, Karin Cagle, and counsel for Defendant, Peter T. Wechsler, regarding this Motion. Plaintiffs opposed the Motion and Defendant reviewed the Motion but did not provide a position in advance of this filing.

By:   s/ Drew C. Ensign
      Drew C. Ensign

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of February 2017, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants in this case.

By: ___s/ Drew C. Ensign___
      Drew C. Ensign

*Attorney for Intervenor-Defendant The Humane Society of the United States*