# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| CONTENDER FARMS, L.L.P., MIKE MCGARTLAND, LEE MCGARTLAND AND SHOW INC., | ) ) ) ) ) | Action No. 4:16-cv-0163-O |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' FRCP 41(a)(1)(A) VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs in the above styled and captioned cause  dismiss, without prejudice, this action by filing this notice of dismissal before the opposing party has filed either an answer or motion for summary judgment.

Respectfully Submitted:

David Broiles
2400 Indian Cove
Fort Worth, Texas 76108
Phone: 817-246-7801
Email: davidbroiles@gmail.com
Texas State Bar No. 03054500

/s/Karin Cagle
1619PennsylvaniaAve.
Fort Worth, Texas 76104
Phone: 817-721-5127
Email: kcaglelawyer@gmail.com
Texas State Bar No. 24043588
For the Plaintiffs.

## CERTIFICATE OF SERVICE

I certify that on February 23, 2016, I served the foregoing document as permitted by the Rules of Procedure via ECF to Defendant's counsel and to Human Society of the United States' counsel.

/s/ Karin Cagle
Karin Cagle